IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE JERNAGIN AND OCIA WICKS, on behalf of themselves and all other Plaintiffs similarly situated, known and unknown,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CINTAS CORPORATION,<br><br>　　　　　Defendants. | Civil Action No. 1:17-cv-02273<br><br>Honorable Judge Feinerman |

## JOINT STIPULATION REQUESTING DISMISSAL

Plaintiffs Stephanie Jernagin and Ocia Wicks, and Defendant Cintas Corporation, by and through their undersigned counsel, hereby stipulate that the above-captioned matter is due to be dismissed without prejudice, each party to bear its own costs.

Dated: June 12, 2017                                Respectfully submitted,


s/ John W. Billhorn (by consent)                    s/ Michael J. Gray
John William Billhorn                               Michael J. Gray (06210880)
jbillhorn@billhornlaw.com                           mjgray@JonesDay.com
Billhorn Law Firm                                   Jennifer W. Plagman (6313737)
JONES DAY                                           jplagman@jonesday.com
53 W. Jackson Blvd., Suite 840                      Ann-Marie Woods (6321757)
Chicago, IL 60604                                   awoods@Jonesday.com
Telephone:　+1.312.853.1450                         JONES DAY
　　　　　　　　　　　　　　　　　　　　　　　　　　77 West Wacker
　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601.1692
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　+1.312.782.3939