IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE JERNAGIN AND OCIA WICKS, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown,<br><br>           Plaintiffs<br><br>      v.<br><br>CINTAS CORPORATION<br><br>           Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 17 cv 2273<br><br>Honorable Judge Feinerman<br><br>Magistrate Judge Finnegan<br><br>*JURY DEMAND* |

## NOTICE OF FILING

TO:    Ann-Marie Woods    awoods@jonesday.com
          Michael J Gray    mjgray@jonesday.com,
          Jones Day
          77 W. Wacker Drive, Suite 3500
          Chicago, IL 60601

       PLEASE TAKE NOTICE that on June 12, 2017, I shall cause to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Parties Joint Stipulation Requesting Dismissal Without Prejudice,** a copy of which is attached hereto.

                                                    Electronically Filed 6/12/2017

                                                    */s/ John W. Billhorn*
                                                    _____
                                                    John W. Billhorn

                                                    Billhorn Law Firm
                                                    53 West Jackson Blvd., Suite 840
                                                    Chicago, IL 60604
                                                    312) 853-1450

## CERTIFICATE OF SERVICE

 The undersigned, a non-attorney, hereby states under oath, that on June 12, 2017, she caused to be served upon the party(s) of record shown above, the pleading referenced herein by ECF electronic service or as otherwise directed.

                s/ Jodi S. Hoare
                _____
                Jodi S. Hoare

BILLHORN LAW FIRM
53 West Jackson Blvd. Suite 840
Chicago, IL 60604
(312) 853-1450